

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.                                     Civil Action No. 3:12cv708

YANCO, INC.,
et al.,

    Defendants.

### ORDER

Having reviewed the CONSENT TO PROCEED BEFORE A UNITED STTES MAGISTRATE (Docket No. 8), it is hereby ORDERED that this action shall be REASSIGNED to Magistrate Judge M. Hannah Lauck for all purposes.

The Clerk is directed to send a copy of this Order to Magistrate Judge Lauck.

It is so ORDERED.

                                                    /s/      REP
                                       Robert E. Payne
                                       Senior United States District Judge

Richmond, Virginia
Date: November 27, 2012